UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Goodwin,

    Petitioner,
v.                               ORDER
                                    Civil No. 08-707 (MJD/JJG)

M. Cruz, Warden, et al.,
Federal Prison Camp, Duluth, MN,

    Respondents.

---

The above-entitled matter comes before the Court upon Petitioner's objections to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated April 3, 2008.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated April 3, 2008.

IT IS HEREBY ORDERED that:

1. Petitioner's Application for Leave to Proceed _In forma Pauperis_ [Doc. No. 2] is DENIED;

2. Petitioner's Application for Habeas Corpus Relief under 28 U.S.C. § 2241 [Doc. No. 1] is DISMISSED FOR LACK OF JURISDICTION.

Date: May 27, 2008

                                        s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court